LNE 8.30.23
JG: USAO#2023R00347

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TROY SPENCER**<br><br>Defendant. | CRIMINAL NO. JRR23cr308<br><br>(Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g); Possession of a Firearm in a School Zone; Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |

### INDICTMENT

### COUNT ONE
(Possession of Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about March 6, 2023, in the District of Maryland, the defendant,

**TROY SPENCER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus G2C 9 mm handgun bearing serial number TMR37870, and 7 rounds of 9 mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Possession of Firearm in a School Zone)

The Grand Jury for the District of Maryland further charges that:

On or about March 6, 2023, in the District of Maryland, the defendant,

**TROY SPENCER,**

knowingly possessed a firearm, that is, a Taurus G2C 9 mm handgun, that had moved in and affected interstate commerce, on the grounds of Leith Walk Elementary Middle School, located at 5915 Glennor Road, Baltimore, Maryland, a place that the defendant knew and had reasonable cause to believe was a school zone.

18 U.S.C. § 922(q)(2)(A)
18 U.S.C. § 924(a)(4)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**TROY SPENCER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Taurus G2C 9 mm handgun bearing serial number TMR37870; and

   b. approximately seven (7) rounds of 9 mm caliber ammunition.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

            *Erek L. Barron* —JG
            Erek L. Barron
            United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**      8/31/23
Foreperson           Date