IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. JRR-23-308** |
| **TROY SPENCER** | |
| **Defendant.** | |

**CONSENT MOTION TO EXCLUDE TIME
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America respectfully submits this Consent Motion to Exclude Time pursuant to the Speedy Trial Act, and moves to exclude time from the speedy trial calculation pursuant to Title 18 U.S.C. § 3161(h).

1. On August 31, 2023, Defendant Troy Spencer, was charged by grand jury indictment with Possession of a Firearm and Ammunition by a Prohibited Person in violation of 18 U.S.C. § 922(g) and Possession of a Firearm in a School Zone in violation of 18 U.S.C. § 922(q).

2. On September 13, 2023, the Defendant had his initial appearance.

3. On September 21, 2023,, the Defendant had a detention hearing before then-U.S. Magistrate Judge Brendan Abell Hurson. At the conclusion of the hearing, the Court issued an Order of Detention. The Defendant was arraigned and entered a plea of Not Guilty on both counts of the indictment.

4. The Government has produced discovery in this case and the parties have conferenced.

5.      The Speedy Trial Act, 18 U.S.C. § 3161, requires that a defendant be brought to trial within 70 days of indictment or initial appearance.  The Government seeks a tolling of the Speedy Trial clock by the Court for the period from **September 21, 2023 through February 23`, 2024.**

6.      18 U.S.C. § 3161(h)(7)(A) provides support for the sought exclusion of time.  It specifically excludes from the speedy trial time requirements "any period of delay resulting from a continuance granted . . . at the request of the defendant or his counsel or at the request of the attorney or the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."

7.      "[D]elays resulting from plea negotiations" are excludable as delays "resulting from other proceedings concerning the defendant" within the meaning of § 3161(h)(1). *United States v. Ford*, 288 F. App'x 54, 57-58 (4th Cir. 2008) (summary order) (citing 18 U.S.C. § 3161(h); *United States v. Bowers*, 834 F.2d 607, 610 (6th Cir. 1987) and *United States v. Montoya*, 827 F.2d 143, 150 (7th Cir. 1987)); *see also United States v. Leftenant*, 341 F.3d 338, 344-45 (4th Cir. 2003) ("other proceedings" include plea negotiations between the parties).

8.      Moreover, a number of courts have held that continuances to permit additional time for plea negotiations are proper under § 3161(h)(7)—the provision of the Speedy Trial Act authorizing continuances where doing so will serve "the ends of justice." *See, e.g.*, *United States v. Fabian*, 798 F. Supp. 2d 647, 673 (D. Md. 2011) ("[A]n 'ends of justice' exclusion is intended to cover any of various circumstances, including where . . . the government and the defendant are engaged in ongoing plea negotiations.") (citations omitted); *United States v. Fields*, 39 F.3d 439, 445 (3d Cir. 1994) ("Nothing in the language of 18 U.S.C. § 3161(h)(8) suggests that an 'ends of

justice' continuance may not be granted for this purpose. . . . In current federal practice, plea negotiations play a vital role. We therefore see no reason why an 'ends of justice' continuance may not be granted in appropriate circumstances to permit plea negotiations to continue.").

9. Here, the Government asks that the time from **September 21, 2023 through February 23`, 2024** be excluded from computation under the Speedy Trial Act. Such an exclusion serves the interests of justice, and outweighs the interests of the public and Defendant in a speedy trial. The exclusion permits the Defendant time to review discovery with Counsel, and for the parties to engage in meaningful plea discussions. Further, should plea discussions fail, the requested exclusion will give the parties sufficient time to prepare for trial.

10. Counsel for Defendant consents to the requested exclusion of time.

11. A proposed Order for the Court's consideration is attached.

> Respectfully submitted,
>
> Erek L. Barron
> United States Attorney
>
> By: \_\_\_\_\_/s/\_\_\_\_\_
> Jacob Gordin
> Special Assistant United States Attorney
> 36 S. Charles Street, Fourth Floor
> Baltimore, MD 21201
> 443.676.9569 (Cell)