IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> TROY SPENCER <br><br> Defendant. | CRIMINAL NO. JRR-23-308 |

### ORDER

Having considered the grounds advanced in the Government's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act and good cause having been shown in support of the relief requested in the Motion, the Court, on this 27th day of November, 2023, finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interests of the public and the Defendant in a speedy trial because the parties need a longer period than is normally afforded under the federal Speedy Trial Act to conduct plea discussions and engage in pre-trial preparation in the event that no agreement is reached upon a plea.

THEREFORE, IT IS HEREBY ORDERED that the Government's motion is GRANTED; and it is further ORDERED that for the reasons set forth in the Government's motion, all time from **September 21, 2023 through February 23, 2024** shall be excluded from calculation of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

/S/
_____
Julie R. Rubin
United States District Judge