IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | Case No. JRR-23-308 |
| : | |
| TROY SPENCER : | |
| : | |
| Defendant. : | |

## CONSENT TO PROCEED WITH COUNSEL

I understand that Gary Proctor was appointed to represent me in this case. I have met multiple times to discuss the details of my case with Mr. Proctor's associate, Ms. Jennifer Smith and I consent to proceed to sentencing with her as my counsel.

*Troy Spencer*
TROY SPENCER

Respectfully submitted,

/s/
Jennifer E. Smith (Bar No. 20767)
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
jennsmith0890@gmail.com
*Attorney for Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 31, 2024, a copy of the foregoing was served on all parties via. ECF.

/s/
Jennifer E. Smith

1